1  Name:
2  Address:
3  Telephone Phone:
4  Email:

**FILED**

Feb 17 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Fariba (Faith) Rashidi ASL   Plaintiff(s),

v.

MEP X (ESIS/Arch/Chubb) / Iqarus (international SOS)   Defendant(s).

Case No.: **'23 CV 0325 GPC DEB**
(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?
       ☒ Yes    ☐ No

   b.  If yes, please list the case numbers here:
       2021 - LDA - 04318   OA/J

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

I send to deployment via Mission Esential to Afghanistan Through Feb 2021.

Due to the high stress & pressure of Covid Condition in HKIA, I got to a big trauma & after my injury, my employer didn't take care me.

I hold in the war zone over 5.5 weeks without proper medical treatment, any meal, drinking water, transportaiton, clean clothes & etc.

I was threaten by my employer to send out of the gate to the streets of Kabul if I don't accept their two favors.

Finally after 5.5 weeks, I send to Dubai & Then U.S. soil.

They terminated me the same day I came home 2/17/21 & left me without any

2

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

medical benefit or compensation & ignored my defense base Act which supposed cover me.

I wrote my story in The sperate sheets.

I am asking judgment from your honorable court.   Thank you

Faith Rashidi ASL

1  **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3  ☒ Yes      ☐ No

5  I declare under penalty of perjury that the foregoing is true and correct.

6  Date: 02/17/2023

Signature: [signature]

Printed Name: Tarik Rashidi ISL