

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Fariba (Faith) Rashidiasl

**Civil Action No.** 23-cv-00325-GPC-DEB

**Plaintiff,**

V.

MEP (ESIS/ Arch/ Chubb); Iqarus
(International SOS)

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

IT IS HEREBY ORDERED AND ADJUDGED:

the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which relief can be granted and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The case is hereby closed.

**Date:** _____10/3/23_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Olsen
_____
J. Olsen, Deputy